v. State, 73 Tex. Cr. R. 615, 166 S. W. 1166; Reid v. State, 229 S. W. 324.

For the error pointed out, the judgment of the trial court is reversed. and the cause remanded.

---

## BELL v. STATE.  (No. 6528.)

(Court of Criminal Appeals of Texas.  Dec. 7, 1921.)

Perjury ⊕⇒25(2)—Indictment held insufficient for failing to aver that false statement was material.

An indictment for perjury, that failed to aver that the alleged false statement was material to the matter under investigation, was insufficient.

Appeal from District Court, Comanche County; J. R. McClellan, Judge.

Earl Bell was convicted of perjury, and he appeals.  Reversed, and prosecution dismissed.

Hampton, Harris & Hampton, of De Leon, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J.  Conviction is for perjury. Penalty, two years in penitentiary.

Motion to quash the indictment was made for the reason, among others, that there was a failure to aver that the alleged false statement was material to the matter under investigation.  The indictment reveals the justness of the criticism, and the Assistant Attorney General confesses error, under authority of Bell v. State, 75 Tex. Cr. R. 401, 171 b. W. 239; Scott v. State, 75 Tex. Cr. R. 396, 171 S. W. 243; Adamson v. State (No. 6425) 234 S. W. 532, opinion delivered November 2, 1921, not yet [officially] reported; Highshaw v. State, 234 S. W. 220, opinion delivered October 26, 1921, not yet [officially] reported.

Judgment of the trial court is reversed, and prosecution ordered dismissed under the present indictment.

---

## PHILLIPS v. STATE.  (No. 6559.)

(Court of Criminal Appeal of Texas.  Dec. 14, 1921.)

Criminal law ⊕⇒1094—Conviction affirmed, in absence of statement of facts, bill of exceptions, and error in record.

There being no statement of facts or bill of exceptions, without which none of the matters assigned as error in the motion for new trial can be considered, and no error appearing on the face of the record, conviction will be affirmed.

Appeal from District Court, Brown County; J. O. Woodward, Judge.

Roy Phillips was convicted of forgery, and appeals.  Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J.  Conviction is for forgery, with a penalty of two years in the penitentiary assessed.

The record is before us without statement of facts or bills of exceptions.  The motion for a new trial assigns certain matters as errors, none of which can be considered, in the absence of a statement of facts or bills of exceptions.

We discover nothing from the face of the record which would call for a reversal, and the judgment of the trial court is affirmed.